# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## BIRMINGHAM DIVISION

| | |
|---|---|
| WENDY CHAPPELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. |
| v. ) | |
| ) | |
| INGRAM LAW OFFICES, LLC, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

WENDY CHAPPELL (Plaintiff), through attorneys, KROHN & MOSS, LTD., alleges the following against INGRAM LAW OFFICES, LLC (Defendant):

### INTRODUCTION

1.  Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

### JURISDICTION AND VENUE

2.  Jurisdiction of this Court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3.  Defendant conducts business in the State of Alabama; therefore, personal jurisdiction is established.

4.  Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

### PARTIES

5.  Plaintiff is a natural person residing in Wilsonville, Shelby County, Alabama.

6.  Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

7. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

8. Plaintiff is informed and believes, and thereon alleges, that Defendant is a debt collection law firm with an office in Birmingham, Alabama.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10. In November of 2012, Defendant placed at least 2 ("two") collection calls to Plaintiff seeking and demanding payment for an alleged consumer debt.

11. Plaintiff's alleged debt owed arises from transactions used for personal, family, and household purposes.

12. Defendant called Plaintiff's telephone number at 206-283-13XX.

13. In November of 2012, Defendant called Plaintiff and left a voicemail message on Plaintiff's answering machine. *See* transcribed voicemail message attached hereto as Exhibit A.

14. In the voicemail message, Defendant's representative, "Shannon" failed to meaningfully disclose the nature of the call or state that the call was from a debt collector. *See* Exhibit A.

15. In the voicemail message, Defendant's representative, "Shannon", directed Plaintiff to call him back at 1-205-909-0279, which is a number that belongs to Defendant. *See* Exhibit A.

16. In November of 2012, Defendant called Plaintiff and left a second voicemail message on Plaintiff's answering machine. *See* transcribed voicemail message attached hereto as Exhibit B.

17. In the voicemail message, Defendant's representative, failed to meaningfully disclose the nature of the call or state that the call was from a debt collector. *See* Exhibit B.

18. In the voicemail message, Defendant's representative, directed Plaintiff to call her

back at 1-866-545-0277, which is a number that belongs to Defendant. *See* Exhibit A.

19. Defendant is using false, deceptive and misleading means in connection with attempting to collect a debt by not identifying the purpose of its phone calls or that they are an attempt to collect a debt.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

20. Defendant violated the FDCPA based on, but not limited to, the following:

   a. Defendant violated §1692e of the FDCPA by using false, deceptive or misleading representation with the collection of the debt.

   b. Defendant violated §1692e(10) of the FDCPA by using deceptive means in an attempt to collect a debt.

   c. Defendant violated §1692e(11) of the FDCPA by failing to disclose that the call was from a debt collector.

WHEREFORE, Plaintiff, WENDY CHAPPELL, respectfully requests judgment be entered against Defendant, INGRAM LAW OFFICES, LLC, for the following:

21. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k;

22. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k; and

23. Any other relief that this Court deems appropriate.

Respectfully Submitted

By:<u>/s/ M. Brandon Walker</u>

M. Brandon Walker, Esquire
ASB: 7482-H62W
1120 Lanier Drive
Bessemer AL 35022
Tel: (205) 306-4594
E-mail: brandonwalker014@gmail.com
Attorneys for Plaintiff,
WENDY CHAPPELL

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ALABAMA )
                                 ) ss:
COUNTY OF SHELBY )

Plaintiff, WENDY CHAPPELL, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, WENDY CHAPPELL, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

____11/30/12____　　　　　　　　　　　_____/s/ Wendy Chappell_____
Date　　　　　　　　　　　　　　　　　　　WENDY CHAPPELL